# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| OBELISK CAPITAL MANAGEMENT LIMITED (in Official Liquidation) a Cayman Islands Registered Company,<br><br>Plaintiff,<br><br>v.<br><br>PRECISE GLOBAL TRADE, LLC, a Nevada Company,<br><br>Defendant. | Case No. 2:21-cv-01099-RFB-EJY<br><br>**ORDER** |

**IT IS HEREBY ORDERED** that pursuant to ECF No. 25 and the choice of law provision Section 11.1 and Cayman Law, Plaintiff is entitled to pre-judgment interest as follows:

Amount of Judgment: 185,000.00

Interest rate pursuant to Cayman law: 2.375%

Total interest accrued: $11,459.86.

**Total judgment: $196,459.86.**

IT IS SO ORDERED.

**DATED:** September 29, 2024.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**